MATTHEW C. KERVAN, Appellant, *v.* J. ALLEN TOWNSEND, Respondent.

*Kervan* v. *Townsend,* 56 App. Div. 625, affirmed.
(Argued May 16, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Edmund L. Mooney* and *Frederick A. Card* for appellant.

*William Porter Allen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

STEPHEN D. ARENTS, Plaintiff, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

ASA W. PARKER, Appellant.

*Arents* v. *Long Island R. R. Co.,* 36 App. Div. 379, appeal dismissed.
(Submitted May 28, 1902; decided May 29, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1899, which reversed an order of Special Term denying defendant's motion to set aside several judgments entered in the action in favor of plaintiff's attorney.

The motion was made upon the ground that the appellant had died since taking the appeal and that no steps had been taken towards substituting any one in his place.

*William J. Kelly* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.